## Bellak's Estate

524

*Edmund W. Kirby* and *Charles Hunsicker*, for exceptants.

*C. W. Van Artsdalen,* contra.

SINKLER, J., February 21, 1935.—The seven exceptions to the adjudication all relate to the conclusions of the auditing judge upon the question whether the third codicil to testatrix's will is effective to dispose of the proceeds of the war risk insurance upon the life of her son. The auditing judge has correctly determined this question and nothing can be profitably added to what he has well said.

The exceptions are dismissed and the adjudication is confirmed absolutely.